IN THE UNITED STATES DISTRICT COURT FOR THE<br>
NORTHERN DISTRICT OF FLORIDA<br>
PENSACOLA DIVISION

ERNESTINA F. MORGAN,
    Plaintiff,

vs.                          Case No. 3:04cv444/MCR/EMT

JO ANNE B. BARNHART,
Commissioner of the
Social Security Administration,
Defendant.

_____/

## **REPORT AND RECOMMENDATION**

This action was initiated by the filing of a complaint under the Social Security Act to obtain judicial review of Defendant's final decision denying Plaintiff's claim for disability benefits (Doc. 1). Defendant filed an answer to the complaint and a certified copy of transcript of the administrative proceedings below on March 21, 2005 (Docs. 7, 8). Plaintiff was then directed to file a memorandum in support of her complaint on or before July 4, 2005 (Doc. 10), but a motion for extension of time was filed by Plaintiff's counsel, Stuart Barasch (Doc. 11). The motion was granted, and the filing deadline for Plaintiff's memorandum was extended to August 14, 2005 (Doc. 13). Subsequently, Plaintiff's counsel moved to withdraw, stating "after a careful and thorough review of the entire record and transcript, [Plaintiff's attorney] has come to the conclusion that plaintiff could not prevail on the merits of this claim" (Doc. 14 at 1). Although Plaintiff was directed to respond to her attorney's motion to withdraw (*see* Doc. 15), she failed to do so. Consequently, the motion to withdraw was granted, and Plaintiff (now proceeding pro se) was directed to file a memorandum in support of her complaint no later than November 3, 2005 (Doc. 20). Plaintiff failed to file her memorandum as directed; therefore, on November 21, 2005, the court issued an order requiring Plaintiff to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 22). The time for compliance

with the show cause order has now elapsed with no response from Plaintiff.

Additionally, Plaintiff has failed to update her address with this court, as evidenced by the return of Plaintiff's mail to the court marked "return to sender, address unknown, unable to forward" (*see* Doc. 23), and her current whereabouts are unknown.  Moreover, Plaintiff has filed nothing with the court since her attorney was allowed to withdraw on October 4, 2005.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this  14th  day of December 2005.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**

Case No: 3:04cv444/MCR/EMT